# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141191

BILLIE J. MEADOWS,
        Plaintiff-Appellee,

v

JOAN MEADOWS,
        Defendant-Appellant.

SC: 141191
COA: 288893
Wayne CC Family Division:
     07-705162-DO

_____/

      On order of the Court, the application for leave to appeal the April 27, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2010

_____
Clerk

d1018